IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER ROSS PRESSWOOD**                                                **PLAINTIFF**
**#554438**

v.                                          No: 3:21-cv-00023 JM

**DALE COOK,** *et al.*                                                       **DEFENDANTS**

## ORDER

Plaintiff Christopher Ross Presswood filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on January 25, 2021 (Doc. No. 1). On January 26, 2021, the Court entered an order directing Presswood to submit the full $402.00 filing and administrative fees or file a fully completed *in forma pauperis* application within 30 days. *See* Doc. No. 2. Presswood was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Presswood has not complied or otherwise responded to the January 25 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Presswood's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 4th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE