IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER ROSS PRESSWOOD**     **PLAINTIFF**
**#554438**

v.     No: 3:21-cv-00023 JM

**DALE COOK,** *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 4th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE